# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G6 HOSPITALITY, <u>et</u> <u>al.</u>, : | |
|     **Plaintiffs** : | No. 1:11-cv-02176 |
| : | |
| v. : | |
| : | (Judge Kane) |
| HI HOTEL GROUP, LLC, <u>et</u> <u>al.</u>, : | |
|     **Defendants** : | |

## <u>ORDER</u>

**ACCORDINGLY**, this 15th day of January 2015, **IT IS HEREBY ORDERED THAT** Plaintiffs' motion <u>in</u> <u>limine</u> to preclude Defendants' fraudulent inducement of contract defense (Doc. No. 142) is **GRANTED**, and Defendants are precluded from offering evidence or argument at trial relating to alleged assurances that a nearby corporate Motel 6 would be closed down, relating to a right of first refusal to purchase the nearby corporate Motel 6, or otherwise relating to fraudulent inducement of contract or breach of good faith and fair dealing defenses arising from the formation of the parties' franchise agreement.

                                                        S/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania