**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **G6 HOSPITALITY FRANCHISING LLC,** **et al.,** | : : | |
| Plaintiffs | : : | No. 1:11-cv-02176 |
| v. | : : | (Judge Kane) |
| **HI HOTEL GROUP, LLC, et al.,** Defendants | : : : | |

## ORDER

**AND NOW,** on this 22nd day of March 2016, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' request for treble damages, pursuant to 15 U.S.C. § 1117(a) and 15 U.S.C. § 1117(b), and prejudgment interest is **DENIED**;

2. The Court enters monetary judgment against Defendants HI Hotel Group, LLC, Shailesh Patel, and Navnitlal Zaver, jointly and severally, in favor of Plaintiffs in the amount of $81,000.00 in Lanham Act damages;

3. The Court enters monetary judgment against Defendants HI Hotel Group, LLC, Shailesh Patel, and Navnitlal Zaver, jointly and severally, in favor of Plaintiffs in the amount of $59,992.54 in breach of contract damages;

4. The Court enters monetary judgment against Defendants 1450 Hospitality PA, LLC, Shailesh Patel, Indrajit Patel, and Priyesh Shah, jointly and severally, in favor of Plaintiffs in the amount of $125,000.00 in Lanham Act damages;

5. Plaintiffs are awarded $105,877.43 in attorney's fees and $1,960.69 in costs for Plaintiffs' Lanham Act claims against Defendants HI Hotel Group, LLC, Shailesh Patel, and Navnitlal Zaver, who shall be jointly and severally liable for the attorney's fees and costs;

6. Plaintiffs are awarded $117,982.60 in attorney's fees and $3,930.50 in costs for Plaintiffs' breach of contract claims against Defendants HI Hotel Group, LLC, Shailesh Patel, and Navnitlal Zaver, who shall be jointly and severally liable for the attorney's fees and costs; and

7. Plaintiffs are awarded $125,389.77 in attorney's fees and $1,672.22 in costs for Plaintiffs' Lanham Act claims against Defendants 1450 Hospitality PA, LLC, Shailesh Patel, Indrajit Patel, and Priyesh Shah, who shall be jointly and severally liable for the attorney's fees and costs.

8. The Clerk of Court is directed to enter judgment as noted in this Order.

9. The Clerk of Court shall also enter default judgment as to Defendants HI Hotel Group, LLC and 1450 Hospitality PA, LLC as directed in the Court's order dated May 18, 2015.  (Doc. No. 223.)

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania